CHARLES BIERMAN, RELATOR, v. JAMES M. SEYMOUR ET AL. AND JOHN SCHUYLER ET AL.

On rule to show cause for a *mandamus.*

Before Justices VAN SYCKEL and FORT.

For the rule, *James R. Nugent.*

For the mayor, *Herbert Boggs.*

For the respondents, *George F. Tuttle.*

PER CURIAM.

For the reasons given in an opinion, filed at this present term, in Bierman *v.* Seymour and Shanley, a similar order for the court to issue in this case, as in that, will be made. The principle involved in both cases is the same.